RECEIVED
JUN 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DAVID V. SIBLEY

DOCKET NO. 1:12-cv-01037

VERSUS

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

U.S. DEPT. OF AGRICULTURE, et al.

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that the instant lawsuit is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all outstanding motions are DENIED AS MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 12th day of June, 2012

JAMES T. TRIMBLE, Jr.
UNITED STATES JUDGE